UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LEROY KNEECE, | CIVIL ACTION FILE NO: CV107-094 |
| Plaintiff, | |
| v | |
| MICHAEL F. KLOZER, | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The Court finds that the plaintiff Leroy Kneece, and defendant Michael F. Klozer, have reached a settlement of all issues and seek Dismissal With Prejudice of the plaintiff's Complaint, and the defendant's Counterclaim.

IT IS ORDERED AND DECREED, that the Complaint and Counterclaim is hereby dismissed with prejudice. The parties will be responsible for their own fees and costs.

IT IS SO ORDERED.

This 29 day of January, 2008.

_____
Lisa Godbey Wood, Judge
United States District Court
Southern District of Georgia

Stipulated by:

_____       _____
Mike Millians                                       Charles Mayers
Attorney for Plaintiff                           Attorney for Defendant
429 Walker Street                             515 Fifth Street
Augusta, Georgia 30901                Augusta, Georgia 30901
(706) 722-3786                                 (706) 724-1698
GA Bar No: 508987                        GA Bar No: 479218